UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BERTRAM A. YOUNG**                                    **CIVIL ACTION**

**VERSUS**                                              **NUMBER 07-3542**

**WARDEN JEFFERY TRAVIS**                               **SECTION: "B"(4)**

## ORDER AND REASONS

State court prisoner Bertram A. Young's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**. The Magistrate Judge's Report and Recommendation are hereby **ADOPTED** as the opinion of the court, **DISMISSING** the instant *habeas corpus* petition.

Young's objections are conclusory, lacking factual or legal foundation. The Magistrate Judge's detailed and exhaustive report is supported by the record evidence and applicable law.

New Orleans, Louisiana, this 4th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE